```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br> Plaintiff, <br><br> vs. <br><br> WATERPROOFING SPECIALTIES, INC., a California corporation <br><br> Defendant. | NO. C 06 3782 MHP <br><br> NOTICE OF <u>VOLUNTARY DISMISSAL</u> |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken be taken off the Court's calendar including the hearing a Case Management Conference set for December 11, 2006 at 4:00 p.m. in Courtroom No. 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    November 29, 2006                    ERSKINE & TULLEY

                                               By: _____
                                                   Michael J. Carroll
                                                   Attorneys for Plaintiff

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel, 12/1/06]*

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On November 29, 2006 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Joanna Palmer**
**Waterproofing Specialties, Inc.**
**19655 Arnold Drive**
**Sonoma, CA 95476**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2006 at San Francisco, California.

Sharon Eastman